Mindy S. Bish, Bar No. 169143
SEDIN BEGAKIS & BISH
22505 Market Street, Suite 104
Newhall, California 91321
Telephone: (661) 255-8300
Facsimile: (661) 255-8301

Attorneys for Plaintiff
SIMONA CANTERO

ANDRÉ BIROTTE, JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JONATHAN B. KLINCK
Assistant United States Attorney, Bar No. 119926
JASON K. AXE
Assistant United States Attorney, Bar No. 187101
300 N. Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-8561/8827
Facsimile: (213) 894-7819

Attorneys for Defendant
UNITES STATES OF AMERICA

Mitchell B. Ludwig, Bar No. 115903
mbl@kpclegal.com
Barbara Ciolino, Bar No. 145730
bcm@kpclegal.com
KNAPP, PETERSEN & CLARKE
550 North Brand Boulevard, Suite 1500
Glendale, California 91203-1922
Telephone: (818) 547-5000
Facsimile: (818) 547-5329

Attorneys for Non-Party Witness
MEDICAL FINANCE, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SIMONA CANTERO, | ) NO.  CV 12-0892 PA (PJWx) |
| Plaintiff, | ) |
| v. | ) ORDER ON STIPULATION FOR PROTECTIVE ORDER |
| UNITED STATES OF AMERICA, and DOES 1 through 10, | ) |
| Defendants. | ) |

KNAPP,
PETERSEN
& CLARKE

-1-

**Error! Unknown document property name..Error! Unknown document property name.   Error! Unknown document property name./Error! Unknown document property name.**

Based upon the filed stipulation of counsel for the parties herein and for non-party Medical Finance, LLC for a protective order relating to the production of documents by Medical Finance, LLC pursuant to a subpoena issued by defendant United States of America ("Stipulation"), and good cause appearing therefor,

IT IS ORDERED that the Stipulation be, and hereby is, made an Order of Court.

Dated: ___June 5, 2013_____

_____
United States District Judge

Respectfully submitted,

May 17, 2013

ANDRÉ BIROTTE, JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


   /s/ *Jonathan B. Klinck*
JONATHAN B. KLINCK
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

KNAPP, PETERSEN & CLARKE

-2-

Error! Unknown document property name..Error! Unknown document property name.   Error! Unknown document property name./Error! Unknown document property name.