1  Mindy S. Bish, Bar No. 169143
   SEDIN BEGAKIS & BISH
2  22505 Market Street, Suite 104
   Newhall, California 91321
3  Telephone: (661) 255-8300
   Facsimile: (661) 255-8301
4
   Attorneys for Plaintiff
5  SIMONA CANTERO

6  ANDRÉ BIROTTE, JR.
   United States Attorney
7  LEON W. WEIDMAN
   Assistant United States Attorney
8  Chief, Civil Division
   JONATHAN B. KLINCK
9  Assistant United States Attorney, Bar No. 119926
   JASON K. AXE
10 Assistant United States Attorney, Bar No. 187101
   300 N. Los Angeles Street
11 Los Angeles, California 90012
   Telephone: (213) 894-8561/8827
12 Facsimile: (213) 894-7819

13 Attorneys for Defendant
   UNITES STATES OF AMERICA
14
   Mitchell B. Ludwig, Bar No. 115903
15 mbl@kpclegal.com
   Barbara Ciolino, Bar No. 145730
16 bcm@kpclegal.com
   KNAPP, PETERSEN & CLARKE
17 550 North Brand Boulevard, Suite 1500
   Glendale, California 91203-1922
18 Telephone: (818) 547-5000
   Facsimile: (818) 547-5329
19
   Attorneys for Non-Party Witness
20 MEDICAL FINANCE, LLC

21                UNITED STATES DISTRICT COURT

22         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 23  SIMONA CANTERO, | NO.  CV 12-0892 PA (PJWx) |
| 24         Plaintiff, | ORDER ON STIPULATION FOR PROTECTIVE ORDER |
|         v. | |
| 25  UNITED STATES OF AMERICA, and | |
| 26  DOES 1 through 10, | |
| 27         Defendants. | |

KNAPP, PETERSEN & CLARKE

28

-1-

Error! Unknown document property name..Error! Unknown document property name.   Error! Unknown document property name./Error! Unknown document property name.

Based upon the filed stipulation of counsel for the parties herein and for non-party Medical Finance, LLC for a protective order relating to the production of documents by Medical Finance, LLC pursuant to a subpoena issued by defendant United States of America ("Stipulation"), and good cause appearing therefor,

IT IS ORDERED that the Stipulation be, and hereby is, made an Order of Court.

Dated: ___June 5, 2013_____

_____
United States District Judge

Respectfully submitted,

May 17, 2013

ANDRÉ BIROTTE, JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


    /s/ *Jonathan B. Klinck*
JONATHAN B. KLINCK
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

-2-

KNAPP, PETERSEN & CLARKE

Error! Unknown document property name..Error! Unknown document property name.    Error! Unknown document property name./Error! Unknown document property name.